*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, MIZER, and HARRELL
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Tyler A. McCORMICK**
Yeoman Seaman (E-3), U.S. Navy
*Appellant*

**No. 202400128**

———————————

Decided: 16 October 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Rachel E. Trest

Sentence adjudged 17 January 2024 by a general court-martial tried at Naval Air Stations Jacksonville, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for two years and six months, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Christopher C. McMahon, JAGC, USN*

---

[1] Appellant received 145 days of pretrial confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.